RTL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

FILED
'08 JAN 28 P4 21

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

CASE NUMBER: **08 CR 36**

RICARDO ALVAREZ-MORALES, dob 1977

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ricardo Alvarez-Morales and bring him forthwith to the nearest magistrate to answer an Indictment charging him with knowingly and intentionally conspiring with others to distribute a controlled substance involving 1,000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A) and 846 and Title 18, United States Code, § 2.

Jon W. Sanfilippo
Name of Judicial Officer

District Court Clerk
Title of Issuing Officer

January 15, 2008, at Milwaukee, Wisconsin
Date and Location

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $_____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 2/4/08 | FBI N/CA | |